

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00200-CV

| | | |
|---|---|---|
| Fred Mosely | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2015-001748-1) |
| v. | § | December 10, 2015 |
| American Homes 4 Rent Properties Eight, LLC | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Fred Mosely shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
　　Chief Justice Terrie Livingston